Jorge MARTINEZ, M.D. et al.

v.

Larry D. HICKSON et ux.

No. C-5353.

Supreme Court of Texas.

Sept. 10, 1986.

Bailey and Williams, James A. Williams and Kevin J. Keith, Dallas, for petitioner, Jorge Martinez, M.D.

Davis and Davis, Peter R. Meeker, Austin, for petitioners, Colonial Hosp., Inc. et al.

Fulbright and Jaworski, Thomas P. Sartwelle and Roger Townsend, Houston, for petitioner, Terrell Public Hosp. Corp.

Touchstone, Bernays, Johnston, Beall and Smith, Sidney H. Davis, Jr., Dallas, for petitioner, Professional Ambulance Service, Inc.

Law Office of R. Jack Ayers, Jr. P.C., Thomas V. Murto, III, Jeff R. Boggess and Larry B. Dwight, Dallas, for respondents.

PER CURIAM.

This is a medical malpractice case, in which the jury and the trial court found against the plaintiffs on all their theories of recovery. The court of appeals reversed and remanded the cause for a new trial. 707 S.W.2d 919 (Tex.App.—Dallas 1985).

We refuse the applications for writ of error, no reversible error. However, our disposition is not to be construed as approval or disapproval of the court of appeals language dealing with Professional Ambulance Service, Inc.'s duty to require medical personnel to accompany the ambulance to the hospital.